UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael J. Etchason,

       Plaintiff,

v.                                        Civil No. 07-3536 (JNE/AJB)
                                              ORDER

Michael J. Astrue,
Commissioner of Social Security,

       Defendant.

This case is before the Court on a Report and Recommendation issued by the Honorable

Arthur J. Boylan, United States Magistrate Judge, on August 21, 2008. The magistrate judge

recommended that Plaintiff's Motion for Summary Judgment or Remand be denied and that

Defendant's Motion for Summary Judgment be granted. Plaintiff objected to the Report and

Recommendation. The Court has conducted a de novo review of the record. *See* D. Minn. LR

72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT

IS ORDERED THAT:

    1.      Plaintiff's Motion for Summary Judgment or Remand [Docket No. 13] is
           DENIED.

    2.      Defendant's Motion for Summary Judgment [Docket No. 17] is
           GRANTED.

    3.      This case is DISMISSED WITH PREJUDICE.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 3, 2008

                                      s/  Joan N. Ericksen
                                      JOAN N. ERICKSEN
                                      United States District Judge